ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Northrop Grumman Corporation | ) ASBCA No. 61337 |
| | ) |
| Under Contract No. F19628-00-C-0100 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:    Stephen J. McBrady, Esq.
                                  Charles Baek, Esq.
                                    Crowell & Moring LLP
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Arthur M. Taylor, Esq.
                                    DCMA Chief Trial Attorney
                                  Srikanti Schaffner, Esq.
                                    Trial Attorney
                                    Defense Contract Management Agency
                                    Carson, CA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 15, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61337, Appeal of Northrop Grumman Corporation, rendered in conformance with the Board's Charter.

Dated: June 16, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals